RANDY L. ROYAL, TRUSTEE
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2010 SEP 24 PM 1:31

TIM J.

BY Rcpt # 60361 -9K

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In Re: )
   MCDONALD, LEVI JAMES ) Case No. 09-21039 PJM
   MCDONALD, CHRISTINA MARIE )
)
   OVERY, CHRISTINA )
      Debtor(s) )

## TRANSMITTAL OF UNCLAIMED FUNDS

   I, RANDY L. ROYAL, TRUSTEE, Trustee of the above-estate, hereby respectfully reports:

   1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

   2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| LEVI & MCDONALD | CHRISTINA C/O FELIX SOWADA, ESQ. 603 S. GILLETTE AVE. GILLETTE, WY 82716 | $10.34 |

   3. That the Trustee's check for $10.34 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

   DATED this 20 day of September, 2010.

                                                                                RANDY L. ROYAL, TRUSTEE, Trustee in Bankruptcy